# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **GLADYS PETERSON and CHARLES PETERSON,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) **CASE NO. 2:03 CV 319** ) |
| **NASIR H. FARRAKHAN,** | ) ) |
| **Defendant.** | ) ) |
| and | ) ) |
| **LOUIS FARRAKHAN and NATION OF ISLAM,** | ) ) |
| **Garnishee Defendants.** | ) |

## ORDER

The Court, having examined Plaintiffs' Motion for Proceedings Supplemental and having determined it meets the requirements of law, **ORDERS** that Louis Farrakhan and the Nation of Islam are to answer interrogatories and requests for production, propounded by the plaintiffs, within thirty (30) days from the date of service. The Court also orders a hearing on the plaintiffs' Motions for Proceedings Supplemental for **January 24, 2008 at 9:00 a.m. (CST)** before Magistrate Judge Andrew P. Rodovich. Louis Farrakhan and the Nation of Islam are **ORDERED** to appear at said hearing, and are to answer questions posed by plaintiffs' counsel, including but not limited to, questions as to their non-exempt property subject to execution, or proceedings supplemental to execution, or to apply any such specified or unspecified property towards satisfaction of the plaintiffs' judgment. Plaintiffs are **ORDERED** to serve Garnishee Defendants, Louis Farrakhan and Nation of Islam, by certified mail or personal service.

**SO ORDERED** this 11th day of December, 2007.

S/Andrew P. Rodovich
UNITED STATES MAGISTRATE JUDGE